UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID A OLSON,<br><br>                Plaintiff,<br><br>vs.<br><br>MISSOULA FIELD OFFICE, WESTERN MONTANA DISTRICT, MONTANA/DAKOTAS, BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF THE INTERIOR; NORTHERN REGION, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; and KRISTEN BAKER-DICKINSON, CLEARWATER UNIT, SOUTHWESTERN LAND OFFICE, DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, STATE OF MONTANA,<br><br>                Defendants. | Case No. CV-23-038-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of

November 20, 2023 (Doc. 31), this action is DISMISSED.

Dated this 20th day of November, 2023.

                TYLER P. GILMAN, CLERK

                By: /s/ Sarah Nagy
                Sarah Nagy, Deputy Clerk